In the

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 14, 2006**

Charles R. Fulbruge III
Clerk

———————————

Nº 05-20300
Summary Calendar

———————————

DIANA GIANNAK SANTAROSE,

Plaintiff-Appellant,

VERSUS

PHILLIP ROCHELLI,
A U.S. VESSEL,

Defendant-Appellee.

———————————

Appeal from the United States District Court
for the Southern District of Texas
Nº 4:04-CV-4292

———————————

Before SMITH, GARZA, and PRADO,
    Circuit Judges.

PER CURIAM*:

Diana Santarose appeals the dismissal of her claims against Phillip Rochelli, an Internal Revenue Service agent whom Santarose identifies as "a U.S. vessel." The district court's March 9, 2005 Memorandum and Opinion correctly explains the legal basis for the dismissal, and Santarose makes no arguments on appeal that cast any doubt on the district court's decision. We refer Santarose to the district court's opinion for an explanation of why her suit was properly dismissed.

The judgment of dismissal is AFFIRMED, essentially for the reasons given by the district court.

---

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.